# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3503
_____

Daniel Cvijanovich

*Plaintiff - Appellant*

v.

United States Secret Service

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of North Dakota - Fargo
_____

Submitted: May 26, 2020
Filed: May 29, 2020
[Unpublished]
_____

Before BENTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Daniel Cvijanovich appeals the district court's[1] adverse grant of summary judgment in his pro se Freedom of Information Act (FOIA) action. After a careful review, we conclude that the district court did not abuse its discretion in declining to review the requested unredacted documents in camera, see Peltier v. Fed. Bureau of Investigation, 563 F.3d 754, 759 (8th Cir. 2009) (decision to perform in camera inspection is reviewed for abuse of discretion; in camera review should be limited as it is contrary to the traditional judicial role of deciding issues in an adversarial context upon evidence produced openly in court); and did not err in granting summary judgment, see Madel v. United States Dep't of Justice, 784 F.3d 448, 451 (8th Cir. 2015) (grant of summary judgment is reviewed de novo; summary judgment is appropriate where an agency proves that it has fully discharged its obligations under FOIA). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).